**No. 54317.**—Lawrence Hendrickson et al. *v.* United States, petitions 6773–R and 6774–R (New York).

Opinion by OLIVER, C. J.   The record indicated that the petitioners entered into a joint venture and purchased two boats in 1949 from a party in this country, paying the sum of $250 each.   Thereafter, petitioners attempted to register the boats with the Government, but a permit of registry was refused unless an entry of the articles was made.   It was then ascertained that the boats were not of American manufacture but had been imported from Canada in 1946.   At the time of importation the American seller had made entry of these items as "vessels" which were not subject to duty under the tariff act.   In order to obtain registry, the petitioners entered these articles at the price they paid for them, namely, $250 each under paragraph 370, Tariff Act of 1930, as pleasure boats.   When the matter came before the appraiser, the boats were appraised at $600 each, the price the importer originally paid for these articles, and additional duty was assessed. The petitioners attempted to file an amended entry, but by that time final appraisement had been made.   From an examination of the record it was held that there was no intention to defraud the revenue of the United States or to deceive the appraiser as to the value of the merchandise.   The petitions were therefore granted.

**No. 54318.**—Fries Bros., Inc. *v.* United States, protest 152912–K (New York).

Opinion by COLE, J.   In accordance with stipulation of counsel that the merchandise consists of eucalyptus oil the same in all material respects as that passed upon in *United States* v. *Fries Bros., Inc.* (37 C. C. P. A. 36, C. A. D. 416), the claim of the plaintiff was sustained.

**No. 54319.**—Fordom Forest Products Corp. et al. *v.* United States, protests 152028–K, etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54320.**—Asiatic Trading Co. et al. *v.* United States, protests 154168–K (B), etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54321.**—W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 155024–K (B), etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.